## ARTEMAS EMERY *vs.* ALBERT KEMPTON.

A father may recover compensation for services performed by his minor son, in unlawfully
selling intoxicating liquors, if he did not know the character of those services, while his
son was performing them.

ACTION OF CONTRACT, to recover for services rendered to the
defendant by the plaintiff's minor son.

At the trial in the court of common pleas, before *Bishop*, J.
it was in evidence that the defendant was the keeper of two
oyster saloons in Lowell, at which intoxicating liquors were at
all times sold; that the sale of intoxicating liquors was a part
of the business of the defendant at those places; that the plain-
tiff's son was employed in such sale; and that the defendant
was not licensed or authorized to sell intoxicating liquors. The
defendant contended that for such services the plaintiff could
not recover.

The plaintiff requested the judge to instruct the jury, that if
the plaintiff was ignorant of the nature and character of the ser-
vices, while they were being performed by his son, he was entitled
to recover. But the judge instructed the jury, that "if the
services were rendered in the business of selling intoxicating
liquors, and other things connected with and in furtherance of
such business, the plaintiff could not recover, although he was
ignorant of the character of those services, while they were
being performed." The jury having found a verdict for the
defendant, the plaintiff alleged exceptions.

*I. W. Beard*, for the plaintiff.

*B. F. Butler*, for the defendant.

SHAW, C. J. This defence is founded on a well settled rule
of law, that the law will not lend its aid to carry into effect any
agreement made for the purpose of accomplishing things ex-
pressly prohibited by law. It will therefore allow no action for
the recovery of compensation for doing unlawful acts. The
law is clear; the only question is, whether it applies to this
case. If the plaintiff did not place his son in the service of the

22*

defendant, for the purpose of selling liquor illegally, more espe-
cially if he did not consent to it or know of it, then he is
chargeable with no violation of law; and being by the general
rule of law entitled to compensation for the services of his son,
the defence is not maintained, and the jury should have been so
instructed.                                           *Exceptions sustained.*